Honorable Judge Jesse M. Furman
500 pearl street,
New York, NY 10007

Ref: Removal of article on case 1:2012cv01386-Document 435 ( SDNY 2018)

Honorable Judge :
This is in regards to a case in which my self Deepak kavadia was a defendant and the case is still showing on Google and on justia and this is damaging my name and I cannot do anything after so many years .
Sir this case shows that there was 35 million dollars worth of diamonds that I scammed from an African mining company.
Sir, as per the judgment also the total diamonds value was not more than 40000$.
Also my company has paid over us$400000 to this mining company and they have given these diamonds to us that were not even worth 40000$ when liquidation.
Sir we lost over 400000.00 plus it appears that I scammed 35 million as per the allegations and press release and till today this is affecting my life and career .
Sir I humbly request please issue an order to remove these posts from the websites so I can live peacefully and can build my career.
I have no other lawsuits and judgements against me and this is affecting my life miserably. The African company was defaulter and was the biggest fraud and left the country and has no existence in the USA anymore.
With folded hands I humbly request your majesty to allow this to get this removed from the following sites and any other who are showing this and affecting my life.

I will be highly obliged.

Sincerely
Deepak kavadia
223 Truman drive,
Cresskill, NJ 07626
Tel: 914-473-1711 cell
dkftp@yahoo.com

https://nypost.com/2012/02/25/diamond-cam-suit/

https://law.justia.com/cases/federal/district-courts/new-york/nysdce/1:2012cv01386/392563/435/

https://app.ediscoveryassistant.com/case_law/44750-decastro-v-kavadia

https://casetext.com/case/jose-maria-alves-decastro-djj-mining-servs-private-ltd-v-kavadia

https://www.leagle.com/decision/infdco20181004i70

Deepak Kotodia
223 Truman Drive
Cresskill, NJ 07626

U.S. POSTAGE PAID
FCM LETTER
CRESSKILL, NJ 07626
FEB 08, 2024
$5.08
R2305H126823-20

7020 3160 0000 3272 0898

RECEIVED
FEB 12 2024
CLERK'S OFFICE
S.D.N.Y.

Honorable Judge Jesse M Furman
500 Pearl Street
New York, NY - 10007