UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                          :

JOSE MARIA ALVES DECASTRO et al.,        :

                        :

                Plaintiffs,        :            12-CV-1386 (JMF)

                        :

          -v-                  :       MEMORANDUM OPINION

                        :           AND ORDER

DEEPAK KAVADIA et al.,              :

                        :

              Defendants.       :

                        :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 15, 2024, Defendant Deepak Kavadia submitted a letter requesting that the Court "remove [] posts" about this case from the New York Post's website and online legal databases such as Justia, eDiscovery Assistant, Casetext, and Leagle.  ECF No. 441.  Kavadia claims that these posts are "damaging [his] name" and "affecting [his] life and career."  *Id.*

Kavadia's request is DENIED.  To the extent that Kavadia asks the Court to order that public reporting about this case be removed from the Internet, such an order would blatantly violate the First Amendment.  To the extent that Kavadia's request can be construed as a request to seal the record of this case, it is without merit, both because the proverbial cat is well out of the bag and because Kavadia's embarrassment does not overcome the strong presumption in favor of public access that applies here.  *See generally Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006); *see also, e.g.*, *Bernsten v. O'Reilly*, 307 F. Supp. 3d 161, 169 (S.D.N.Y. 2018) ("Generalized concerns of adverse publicity do not outweigh the presumption of access." (internal quotation marks and alterations omitted)).

Accordingly, Kavadia's request is DENIED.  The Clerk is directed to mail a copy of this

Order to Kavadia at 223 Truman Drive, Cresskill, NJ 07626.

      SO ORDERED.

Dated: February 22, 2024
      New York, New York

                                         JESSE M. FURMAN
                                 United States District Judge